**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Vincent Paul CHURCH, Petitioner**

**No. 492 WAL 2016**

Supreme Court of Pennsylvania.

June 2, 2017

## ORDER

PER CURIAM

AND NOW, this 2nd day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**